Deborah M. Nelson, Esq. (State Bar No. 23087)
nelson@nelsonboydlaw.com
Jeffrey D. Boyd, Esq. (State Bar No. 41620)
boyd@nelsonboydlaw.com
NELSON BOYD, PLLC
411 University Street, Suite 1200
Seattle, WA 98101
Telephone: (206) 971-7601

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# TACOMA DIVISION

| | |
|---|---|
| KYLE PARRISH,<br><br>Plaintiff,<br><br>v.<br><br>COLUMBIA SPORTSWEAR COMPANY,<br><br>Defendant. | Case No. 3:16-cv-5263<br><br>Filed Electronically |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses this action with prejudice.

    /s/Jeffrey D. Boyd
Jeffrey D. Boyd, Esq. (State Bar No. 41620)
boyd@nelsonboydlaw.com
NELSON BOYD, PLLC
Attorneys for Plaintiff